IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| Sheikess D. Love EL, Sheik L. Love EL, | ) | |
| And Sheik D. Lewis EL | ) | |
| Plaintiffs, | ) | |
| | ) Case Number: 12 CV 8996 | |
| v. | ) | **FILED** |
| City of Chicago, a Municipal Corporation, | ) Judge Gottschall | FEB - 1 2013 |
| Sgt. Owen bearing star #945 and Michael | ) | THOMAS G BRUTON |
| Grubbs, Star # 17766, | ) | CLERK, U S DISTRICT COURT |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR A RULE 57 DECLARATORY JUDGMENT TO DETERMINE WHETHER OR NOT THE UNITED STATES CODES SECTIONS 1-50 ARE CONSTITUTIONAL IN THE FORM OF AN AFFIDAVIT

COMES NOW, Sheik L. Love EL, in full life (in the flesh), by special visitation and not appearing generally, before this Court seeking a remedy in Admiralty as is provided by the saving the Suitors' Clause (U.S.C. § 28-1333). I, Sheik L. Love EL, respectfully request the indulgence of this Court as I am not schooled in law, (This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519,) who is bringing suit against the Defendants/respondents, City of Chicago, et, al, for money damages and other relief PLAINTIFFS' MOTION FOR A RULE 57 DECLARATORY JUDGMENT TO DETERMINE WHETHER OR NOT THE UNITED STATES CODES SECTIONS 1-50 ARE CONSTITUTIONAL IN THE FORM OF AN AFFIDAVIT:

### ALLEGATION OF JURISDICTION

1. The jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983; the Judicial Code, 28 U.S.C. §1331 and §1343(a); the Constitution of the United States; and this Court's supplementary jurisdiction powers.

## FEDERAL QUESTION

2. For the purpose of clarifying particular issues within this Court with regards to cases that are currently pending Plaintiff Rule 57 request for a 28 § 2201 Declaratory Judgment to the following inquiry:

To determine whether or not the United States Codes sections 1-50 are constitutional and if so when did said codes become constitutional and by which public law?

WHEREFORE Plaintiff moves this Court to issue A RULE 57 DECLARATORY JUDGMENT TO DETERMINE WHETHER OR NOT THE UNITED STATES CODES SECTIONS 1-50 ARE CONSTITUTIONAL IN THE FORM OF AN AFFIDAVIT and to grant any other relief that it deems to be appropriate at this time on behalf of the Plaintiff.

Respectfully presented,

Dated: 2/1/2013

Sheik L. Love EL MM/DM

Moorish Counsel

BY:_____

Lyonel Love EL, Sheik

Moorish Missionary/Divine Minister

Moorish Counsel

## **VERIFICATION**
STATE OF ILLINOIS
COOK COUNTY

  Before me, the undersigned notary, on this day personally appeared Lyonel Love EL, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. My name is Lyonel Love EL. I have read the foregoing PLAINTIFFS' MOTION FOR A RULE 57 DECLARATORY JUDGMENT TO DETERMINE WHETHER OR NOT THE UNITED STATES CODES SECTIONS 1-50 ARE CONSTITUTIONAL IN THE FORM OF AN AFFIDAVIT. The facts stated herein are true and correct.

Sworn to before me, and subscribed in my presence on this __1__ day of February 2013. My commission expires on __Jan 11, 2017__.

_____
Notary Public in and for
the State of Illinois

"OFFICIAL SEAL"
HEINRICH ERNST
Notary Public, State of Illinois
My Commission Expires Jan. 11, 2017
Commission No. 433315